No. 350. RITCHIE L. DUNN, TRUSTEE, *v.* SHELL COMPANY OF CALIFORNIA. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Ninth Circuit denied. *Mr. Clarence A. Shuey* for petitioner. *Mr. Edward J. McCutchen* for respondent.